IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                        No. 18-10005-STA

FELIX A. VALVERDE,
EDGARD DILONE PEGUERO, and
MELISSA EUSEBIO,

    Defendants.

**ORDER GRANTING JOINT MOTION TO CONTINUE SUPPRESSION HEARING
AND NOTICE OF RESETTING**

THIS CAUSE came to be heard upon the Motion of Defendants Melissa Eusebio and Edgard Peguero to continue the suppression hearing currently scheduled for July 23, 2018 at 1:30 p.m.

The Defendants submit that because there are three suppression motions which will involve the same proof, and in the interest of judicial economy, they request that their Motion be set with the other suppression hearing as to Defendant Valverde currently scheduled for August 20, 2018 at 1:30 also before this Court. Defendants Eusebio and Peguero also request this continuance for additional time to prepare for the hearing. The United States does not oppose this request.

THEREFORE, the Court finds that Defendants' Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the hearing on the Motion to Suppress filed by Defendant Eusebio and Defendant Peguero shall be continued to August 20, 2018, at 1:30, when

the motion of Defendant Valverde is currently scheduled.

                                                         <u>s/S. Thomas Anderson</u>
                                                         HONORABLE S. THOMAS ANDERSON
                                                         CHIEF UNITED STATES DISTRICT JUDGE

                                                         DATE: 7/18/2018